UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON WILLIAM BALDWIN,

Plaintiff,

v.

DAVID DRELLINGER, doing business as CALIFORNIA LEGAL DOCUMENT PREPARATION,

Defendant.

No.  2:25-cv-0783-DC-SCR

ORDER TO SHOW CAUSE

Plaintiff is proceeding in this action pro se, which is therefore before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On August 5, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") for failure to provide adequate information to determine whether paying the filing fee would subject him to financial harm.  ECF Nos. 2-3.  Plaintiff received 30 days to either reapply or pay the filing fee.  ECF No. 3 at 4.  To date, Plaintiff has neither filed a new IFP application nor paid the filing fee.

Plaintiff is hereby **ORDERED TO SHOW CAUSE**, within 14 days of this order, as to why this case should not be dismissed for Plaintiff's failure to pay the filing fee or submit a new IFP application.  Should Plaintiff file a complete IFP application or pay the filing fee within 14

////

////

1

days, the Court will relieve Plaintiff from otherwise answering the order to show cause. Failure to comply will result in the undersigned recommending this case's dismissal.

DATED: February 23, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2