UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON WILLIAM BALDWIN, | No. 2:25-cv-0783-DC-SCR |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| DAVID DRELLINGER, doing business as CALIFORNIA LEGAL DOCUMENT PREPARATION, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se, which is therefore before the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On August 5, 2025, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP") for failure to provide adequate information to determine whether paying the filing fee would subject him to financial harm. ECF Nos. 2-3. Plaintiff received 30 days to either reapply or pay the filing fee. ECF No. 3 at 4.

On February 23, 2026, having not received either a new IFP application or the filing fee, the Court issued an order to show cause as to why this case should not be dismissed for failure to prosecute. ECF No. 4. To date, Plaintiff has not filed a new IFP application, paid the filing fee, or otherwise responded to the order to show cause. Although some of these orders have been returned as undeliverable, the deadline for a notice of change of address has elapsed. It is a party's responsibility to keep the contact information on file with the Court updated. Local Rule

1

183(b) ("If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.").

Accordingly, **IT IS HEREBY RECOMMENDED THAT** this action be DISMISSED WITHOUT PREJUDICE, for failure to prosecute.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 8, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2